NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CENTRIPETAL NETWORKS, INC.,**
*Appellant*

**v.**

**CISCO SYSTEMS, INC.,**
*Appellee*

---

2020-1768

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2018-01454.

---

## JUDGMENT

---

JAMES R. HANNAH, Kramer Levin Naftalis & Frankel LLP, Menlo Park, CA, argued for appellant.  Also represented by PAUL J. ANDRE; JEFFREY PRICE, New York, NY.

THEODORE M. FOSTER, Haynes & Boone, LLP, Dallas, TX, argued for appellee.  Also represented by DAVID L. MCCOMBS, DEBRA JANECE MCCOMAS; ANGELA OLIVER, Washington, DC.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge*, LOURIE and REYNA, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

May 11, 2021          /s/ Peter R. Marksteiner
     Date            Peter R. Marksteiner
                     Clerk of Court